**CHRIS KAYE PLASTICS, INC., Plaintiff/Respondent.**

v.

**STRUCTURAL SYSTEMS, INC., Defendant/Appellant,**

No. 74590.

Missouri Court of Appeals, Eastern District, Division Two.

June 15, 1999.

Application for Transfer to Supreme Court Denied Aug. 3, 1999.

Donald E. Heck, Clayton, for appellant.

Douglas W. King, Bryan Cave LLP, St. Louis, for respondent.

*ORDER*

PER CURIAM.

Structural Systems Inc. appeals the trial court's judgment following a jury verdict in an action for breach of contract adjudicated in favor of Respondent, Chris Kaye Plastics, Inc.

We have reviewed the briefs and record on appeal. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential or jurisprudential value. The judgment is affirmed in accordance with Rule 84.16(b).